IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| MELISSA Y. BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL NO. 3:08CV144 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT ORDER OF REMAND**
**PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)**

The United States of America, by counsel, has moved this Court, pursuant to sentence six of 42 U.S.C. § 405(g), to enter an order remanding to the Commissioner for further administrative proceedings. See Melkonyan v. Sullivan, 501 U.S. 89, 101 n.2 (1991); Shalala v. Schaefer, 113 S. Ct. 2625, 2629 n.2. (1993). The Commissioner requests voluntary remand of the claim and good cause exists to support this request for remand.

THEREFORE, IT IS ORDERED that, pursuant to sentence six of 42 U.S.C. § 405(g), this case is remanded to the defendant Commissioner. No judgment shall be entered in this matter at this time.

**SO ORDERED**.    Signed: February 9, 2009

_____
Carl Horn, III
United States Magistrate Judge